# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

### NOTICE

UNITED STATES OF AMERICA

V.   CASE NUMBER: 4:25CR178

MARQUIVIOUS BANKHEAD

**TAKE NOTICE** that a proceeding in this case is SET for the place, date, and time set forth below:

| Place | Room Number |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI  38655 | COURTROOM 3 EAST – THIRD FLOOR<br><br>MONDAY, DECEMBER 15, 2025, 9:40 AM |

Type of proceeding:

**MVD/ JURY TRIAL SET BEFORE U.S. DISTRICT JUDGE MICHAEL P. MILLS**

***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court
 /s/ Sallie Wilkerson
(BY) Sallie Wilkerson – Courtroom Deputy

Date: November 7, 2025
To:

Robert Mims (electronic notice only)   U.S. Probation Service (electronic notice only)

Sam Stringfellow (electronic notice only)   U.S. Marshal Service (electronic notice only)

Jacob Jenkins (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 OR EMAIL Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**