IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL CASE NO. 4:25-cr-178-MPM-JMV

MARQUIVIOUS BANKHEAD
aka "MARQUAVIOUS BANKHEAD"

## **PROTECTIVE ORDER**

Upon submission by the United States of America, the Court finds that good cause exists to enter a protective order in the above-captioned case. It is therefore ordered that all discovery materials produced by the government in this case, and all sealed filings to the court docket, as well as any manual and mechanical reproductions thereof:

(a) will not be copied, except to the extent needed as trial exhibits or as counsel's working copies;

(b) will not be shared outside of the defendant's counsel's office, or the correctional facility library if a defendant's bond were revoked prior to trial, with any person not employed by defendant's counsel;

(c) will not be provided to, or kept by, a defendant, except that defendant's counsel may take the materials to a defendant and show them to a defendant;

(d) will not be discussed or shared between defendants in this matter or other related matters listed herein, or between a defendant and others involved in the offenses in the Indictment;

(e) that the defendants, defendants' counsel, and any agent thereof, be prohibited from disseminating any of these materials or disclosing any information contained therein to anyone other than to this Court, to his or her client in this case, or witnesses and individuals necessary to the preparation of a defense with which Defense Counsel deems necessary to discuss Discoverable Material except that defense counsel may discuss the materials with other defense counsel in this case; and

(f) any attorney of record who is retained or appointed to represent a defendant or who is later relieved of representation of a defendant is bound by the terms of this Order unless excused from its terms by Court Order.

The related matters to which Order applies are:

U.S. v. Jamario Sanford and Marvin Flowers, Criminal Case No. 4:25-cr-182;

U.S. v. Martavis Moore, Criminal Case No. 4:25-cr-181;

U.S. v. Chaka Gaines, Criminal Case No. 4:25-cr-180;

U.S. v. Marquivious Bankhead, Criminal Case No. 4:25-cr-178;

U.S. v. Brandon Addison, et al., Criminal Case No. 4:25-cr-177;

U.S. v. Dequarian Smith, Criminal Case No. 4:25-cr-183.


IT IS SO ORDERED this the 14th day of November, 2025.


_/s/ Jane M. Virden_
Jane M. Virden
U.S. Magistrate Judge