## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                               CAUSE NUMBER 4:25CR178 M-V

MARQUIVIOUS BANKHEAD

**ORDER**

This cause comes before the Court on the Defendant's motion [16] seeking a continuance of the trial set December 15, 2025. Counsel for the Defendant states additional time is needed in order to investigate the assertions contained in the discovery materials in order to determine the availability of any and all appropriate defenses. Counsel for the Government does not oppose this continuance. The Court finds that the ends of justice will be served by granting subject continuance and that such action outweighs the best interests of the public and the defendant in a speedy trial.

It is therefore ORDERED that the above and foregoing trial is hereby continued until Monday, March 23, 2026, and all pre-trial dates are extended accordingly.

It is further ORDERED that the delay from this date until March 23, 2026, shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A).

This the 3rd day of December 2025.

                                                      /s/Michael P. Mills
                                                      UNITED STATES DISTRICT JUDGE
                                                      NORTHERN DISTRICT OF MISSISSIPPI